ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Al Shajara Al Muthmerah Company | )   ASBCA No. 63002 |
| | ) |
| Under Contract No. W56KGZ-21-P- 6019 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Rami Hussein
Manager

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
  Army Chief Trial Attorney
MAJ Joseph D. Levin, JA
Dana J. Chase, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

Appellant filed its notice of appeal via email dated August 11, 2021. The notice of appeal identified Mr. Rami Hussein as appellant's manager. The Board docketed the appeal on August 17, 2021. When the Board did not receive a complaint pursuant to Board Rule 6(a), it issued Orders dated September 20, 2021, and October 18, 2021, directing appellant to file its complaint. The Board received no response to either Order.

By Order dated November 29, 2021, the Board directed appellant to show that it was represented by a person meeting the requirements of Board Rule 15(a). Appellant did not respond to that Order. On December 28, 2021, the Board again directed appellant to show that it is represented by a person meeting the criteria of Board Rule 15(a), and informed appellant that if it did not comply with the Board's Order, the Board may dismiss the appeal without further notice to the parties. Appellant did not respond to the Board's December 28, 2021 Order.

A representative meeting the requirements of Rule 15(a) did not enter a notice of appearance. Without a representative meeting the requirement of Board Rule 15(a), the Board is unable to proceed. Accordingly, the appeal is dismissed.

Dated: January 27, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

J. REID PROUTY                              OWEN C. WILSON
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63002, Appeal of Al Shajara Al Muthmerah Company, rendered in conformance with the Board's Charter.

Dated:  January 27, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals